William H. LEE, Petitioner,

v.

DEPARTMENT OF THE ARMY, Respondent.

No. 05–3287.

United States Court of Appeals, Federal Circuit.

June 26, 2006.

*ORDER*

The petitioner having complied with this court's order filed May 31, 2006,

IT IS ORDERED THAT:

The court's May 8, 2006, order dismissing the appeal is vacated, the mandate is recalled, and the appeal is reinstated.